IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**MICHELLE PRETTYMAN,** on behalf
of Herself and all others similarly situated,

        Plaintiff,

v.                                           **CIVIL ACTION NO. 5:22-CV-293**
                                                    Judge Bailey

**U.S. BANK, N.A.,**

        Defendant.

## ORDER STAYING CASE

Upon consideration of the Update to Joint Notice of Settlement [Doc. 18], filed on April 20, 2023, the above-captioned matter is hereby **STAYED** pending plaintiff's forthcoming Motion for Preliminary Approval of Class Action Settlement.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** April 21, 2023.

                                                  **JOHN PRESTON BAILEY**
                                                **UNITED STATES DISTRICT JUDGE**