IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

**MICHELLE PRETTYMAN,**
individually and on behalf of a class of
similarly-situated persons,

                    **Plaintiff,**

vs.

**U.S. BANK, N.A,**                                     Civil Action No. 5:22cv293-JPB

                    **Defendant.**

### PLAINTIFF'S UNOPPOSED MOTION
### FOR PRELIMINARY APPROVAL OF SETTLEMENT
### <u>AND ENTRY OF SCHEDULING ORDER</u>

Plaintiff Michelle Prettyman, by counsel and on behalf of the proposed settlement class, respectfully submits the above-styled motion and requests the following:

Plaintiff respectfully requests that the Court grant this Motion and enter the submitted Proposed Order, (1) preliminarily approving the Parties' proposed Settlement Agreement attached as Exhibit A; (2) provisionally certifying the proposed Settlement Class for settlement purposes only; (3) appointing Plaintiff as Class Representative and Plaintiff's counsel as Class Counsel; (4) approving the form, manner, and content of class notice and the procedures for Settlement Class members to opt out or object; (5) approving Epperly Re:Solutions as the Settlement Administrator;  (6) establishing a schedule to complete the tasks necessary to effectuate the proposed Settlement; and (7) staying the action pending Final Approval of the Settlement (except the stay of proceedings shall not prevent the filing of any motions, declarations, and other filings necessary to obtain and preserve final judicial approval of the Settlement Agreement.

Plaintiff is authorized to state that Defendant U.S. Bank National Association does not oppose this Motion. Grounds for this Motion are set forth in the accompanying Memorandum. Attached to this Motion are the following exhibits:

Exhibit A: Class Settlement and Release Agreement and Exhibits

Exhibit B: Declaration of Patricia M. Kipnis

Proposed Order Granting Motion for Preliminary Approval


Respectfully Submitted,

*s/ Jonathan R. Marshall*
BAILEY & GLASSER LLP
Jonathan R. Marshall, Esq. (WVSB #10580)
Email: JMarshall@baileyglasser.com
209 Capitol Street
Charleston, WV 25301
Tel. (304) 345-6555

Patricia M. Kipnis, Esq. (WVSB #12896)
Email: PKipnis@baileyglasser.com
1622 Locust Street
Philadelphia, PA 19102
Tel. (215) 274-9331

*Counsel for Plaintiff and Proposed Class Members*