IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling Division

MICHELLE PRETTYMAN,
individually and on behalf of a class of
similarly-situated persons,

                        **Plaintiff,**

vs.

U.S. BANK, N.A,                         Civil Action No. 5:22cv293-JPB

                        **Defendant.**

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT, ATTORNEY'S FEES AND EXPENSES, AND SERVICE AWARD

Plaintiff Michelle Prettyman, by counsel and on behalf of the conditionally certified class, hereby respectfully submits her Motion for Final Approval of Settlement, Attorneys' Fees and Costs, and Service Award. Plaintiff respectfully requests that the Court enter the parties' proposed Final Approval Order and Judgment:

(1) Pursuant to Fed. R. Civ. P. 23(e), determining that the Settlement is fair, adequate, and reasonable and granting final approval in all respects of the terms and provisions of the Class Settlement and Release Agreement (ECF No. 24-1) ("Settlement Agreement"), which the Court preliminarily approved by Order entered on May 2, 2023 (ECF No. 26);

(2) Finally certifying the Settlement Class for settlement purposes only;

(3) Determining that the Notice Provided to the Settlement Cass satisfied Due Process requirements;

(4) Awarding Plaintiff and Class Representative Michelle Prettyman an Incentive Award of $10,000 in recognition of her service to the class, to be paid from the Settlement Fund;

(5) Awarding Class Counsel their attorneys' fees in the amount of $303,333.33, which represents one-third of the Settlement Fund, to be paid from the Settlement Fund;

(6) Awarding Class Counsel their litigation expenses from the Settlement Fund in the amount of $1,156.84, to be paid from the Settlement Fund;

(7) Awarding the Settlement Administrator its administrative costs and fees from the Settlement Fund;

(8) Dismissing on the merits and with prejudice the class and individual claims in this action without costs to Defendant U.S. Bank; and

(12) Retaining jurisdiction over this action for the purpose of interpretation and enforcement of the Settlement Agreement, including oversight of settlement administration and distribution of settlement funds.

Defendant does not oppose this motion. A proposed order granting final approval is attached. The Court has scheduled a final approval hearing for August 24, 2023.

WHEREFORE, Plaintiff requests that this Court grant this motion and enter a final order pursuant to the terms set forth above.

        Respectfully submitted,

        Plaintiff,
        By Counsel.

*s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

*Counsel for Plaintiff and the Settlement Class*